No. 73–1380. CHEMEHUEVI TRIBE OF INDIANS ET AL. *v.* FEDERAL POWER COMMISSION ET AL.;

No. 73–1666. ARIZONA PUBLIC SERVICE CO. ET AL. *v.* CHEMEHUEVI TRIBE OF INDIANS ET AL.; and

No. 73–1667. FEDERAL POWER COMMISSION *v.* CHEMEHUEVI TRIBE OF INDIANS ET AL., 420 U. S. 395. Motion of Chemehuevi Tribe of Indians et al. to retax costs denied.

No. 74–775. CITY OF NEW ORLEANS ET AL. *v.* DUKES, DBA LOUISIANA CONCESSIONS. C. A. 5th Cir. [Probable jurisdiction postponed, *ante,* p. 908.] Motion of appellee for appointment of counsel denied.

No. 74–6027. BEGUN *v.* UNITED STATES;

No. 74–6235. BEGUN *v.* STATE BOARD OF MEDICAL EXAMINERS ET AL.; and

No. 74–6237. MYLES *v.* RYDEL, WORKHOUSE SUPERINTENDENT. Motions for leave to file petitions for writs of certiorari denied.

No. 74–6314. MILLS *v.* AULT, CORRECTIONS DIRECTOR;

No. 74–6332. COLE *v.* TENNESSEE; and

No. 74–6350. SMITH *v.* PUTMAN, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 74–5657. REID *v.* UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT;

No. 74–6019. STEELE *v.* SUPREME COURT OF COLORADO ET AL.; and

No. 74–6142. STURGEON *v.* HEANEY, U. S. CIRCUIT JUDGE, ET AL. Motions for leave to file petitions for writs of mandamus denied.